JULIA C. RIECHERT (STATE BAR NO. 254078)
ANJALI PRASAD VADILLO (STATE BAR NO. 318440)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:     +1 650 614 7401
jriechert@orrick.com
avadillo@orrick.com

Attorneys for Defendant
MAPLEBEAR INC. dba INSTACART

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH VEDERNIKOVA KHANNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAPLEBEAR, INC. D/B/A INSTACART,<br><br>　　　　　Defendant. | Case No. 3:25-cv-10785<br><br>San Francisco Superior Court Case No. CGC-25-631646<br><br>**DEFENDANT MAPLEBEAR INC. DBA INSTACART'S NOTICE OF ERRATA** |

# NOTICE OF ERRATA

Defendant Maplebear Inc., dba Instacart respectfully submits this errata sheet to correct the following inadvertent errors in its Notice of Removal, which was filed on December 18, 2025 (Dkt. No. 1):

| Cite | Current Text in Notice of Removal | Corrected Text |
|---|---|---|
| Page 1, line 9 | On December 15, 2025, Plaintiff Elizabeth Khanna filed a Complaint in the Superior Court of California for the County of San Francisco, entitled "*Elizabeth Vedernikova Khanna v. Maplebear, Inc. dba Instacart*," Case No. TC25-2562 (the "State Action"). | On December 15, 2025, Plaintiff Elizabeth Khanna filed a Complaint in the Superior Court of California for the County of San Francisco, entitled "*Elizabeth Vedernikova Khanna v. Maplebear, Inc. dba Instacart*," Case No. CGC-25-631646 (the "State Action"). |
| Page 1, line 22 | As of December 15, 2025, the date this Notice of Removal was filed, Defendant Maplebear Inc. dba Instacart has not been served with the Complaint in the State Action. | As of December 18, 2025, the date this Notice of Removal was filed, the State Court has docketed the case, issued an official case number, and issued summons, but Defendant Maplebear Inc. dba Instacart has not been served with the Complaint in the State Action. |
| Exhibit A | Exhibit A was inadvertently the wrong document. | The correct Exhibit A to Dkt. 1 is being filed concurrently with this Notice of Errata. |

| | | |
|---|---|---|
| 1 | Dated: December 18, 2025 | Orrick, Herrington & Sutcliffe LLP |

By:    */s/ Anjali Prasad Vadillo*
ANJALI PRASAD VADILLO
Attorneys for Defendant
MAPLEBEAR INC., DBA INSTACART